IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUANA PINET, et al.,<br><br>        Plaintiffs<br><br>             v.<br><br>SIMKINS INDUSTRIES, et al.,<br><br>        Defendants | CIVIL NO. 06-1780 (JP) |

**PARTIAL JUDGMENT**

The Court has before it Plaintiffs' notice of voluntary dismissal of all claims against Co-Defendants Nelson Pérez-Matos and Unión de Trabajadores de Puerto Rico (No. 19).  The Court **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** all claims against Defendants Nelson Pérez-Matos and Unión de Trabajadores de Puerto Rico.  This Judgment is entered without the imposition of attorneys' fees or costs.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 21st day of February, 2007.

                                       s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                   U.S. SENIOR DISTRICT JUDGE